GLOBE INDEMNITY COMPANY, Appellant, v. FRANK V. BOPP, Respondent.— Action to recover the amount paid by plaintiff in satisfaction of a judgment recovered by one Snyder against defendant and his wife for personal injuries resulting from the collision of automobiles. Plaintiff had issued its policy of insurance to defendant in which plaintiff agreed to pay to the persons entitled thereto any sums for which the assured should become liable as damages arising from bodily injuries by reason of the ownership, maintenance or use of any automobile described in the policy. Order denying plaintiff's motion for summary judgment unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of BEN HOWE, Individually and as Chairman of the CITY FUSION PARTY, and JOHANNA M. LINDLOFF, Individually and on Behalf of All Other Candidates Similarly Situated, and Another, Petitioners, Respondents, for a Mandamus Order against S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents. KENNETH F. SIMPSON, as Chairman of the Republican County Committee of New York County, and Another, Intervenors, Appellants; DAVID H. KNOTT, as Chairman of the Democratic County Committee of New York County, and Others, Intervenors, Respondents, and HERBERT BROWNELL, JR., and Another, Intervenors.— Order affirmed. No opinion. Leave to appeal to the Court of Appeals granted. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ. [157 Misc. 197.]

In the Matter of the Application of AARON M. ORANGE, Respondent, for a Peremptory Order of Mandamus against S. HOWARD COHEN and Others, as and Constituting the Board of Elections of the City of New York, Appellants.— Order reversed and motion denied. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of HAROLD H. FALLICK, an Attorney. — Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

In the Matter of PAUL ORSZAG, an Attorney.— Reference ordered. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Townley, JJ.

HENRY DUROCHER, Respondent, v. FRANK MASCALI & SONS, INC., Appellant.— Action for personal injuries sustained by plaintiff owing to the negligence of defendant which operated a cement or concrete mixer owned and controlled by it. Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,690.20; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRITZ H. HIRSCHLAND, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. H. LEWIS TRUBENBACH, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THURE C. PETERSON, Appellant.— Judgment convicting defendants of the crime of violation of the Education Law, section 66, subdivisions 1 and 3 (unlawfully conferring a degree), unanimously affirmed. No opinion. Present — Martin, P. J., Merrell, Townley and Glennon, JJ.

LIBERTY MUTUAL INSURANCE COMPANY, Appellant, v. MICWEIL Co., INC., Defendant, Impleaded with GRAMERCY DEVELOPMENT CORPORATION, Respondent.